UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEERNARD ANDREW WHITE,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>        Defendants. | No. 2:07-cv-00781-MCE-AC<br><br>**ORDER** |

      Plaintiff, a state prisoner proceeding pro se, filed this civil rights action. On April 14, 2008, Magistrate Judge Gregory G. Hollows made Findings and Recommendations (ECF No. 14). On June 27, 2008, the Court adopted Magistrate Judge Hollows' Findings and Recommendations (ECF No. 15), dismissing the case with prejudice. Three months later, Plaintiff filed Objections to the Findings and Recommendations the Court adopted in June 2008 (ECF No. 17.) Over four years later, Plaintiff filed this Motion for Reconsideration (ECF No. 18.) This case has been closed for four years. The Clerk of the Court is directed to close this case.

///

///

///

///

Documents filed after this Order is issued will be disregarded and no orders will be issued in response to future filings.

    IT IS SO ORDERED.

Dated:  February 25, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE